The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXRF Corp., a Nevada Corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>DoubleU Games Co., Ltd., DoubleDown Interactive Co., Ltd., and DoubleDown Interactive, LLC,<br><br>           Defendants. | No. 2:20-CV-01875-RSM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>NOTE ON MOTION CALENDAR:<br>January 27, 2021 |

   Pursuant to Local Civil Rule 16(b)(6) and Federal Rule of Civil Procedure 16(b)(4), the parties, through their respective counsel of record, submit the following stipulation and proposed order to amend the following scheduling dates:

   1.   On December 31, 2020, Plaintiff filed its complaint in this action.  Dkt. 1.

   2.   On January 12, 2021, the Court entered an Order Regarding FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report ("Initial Scheduling Order") setting initial deadlines.  Dkt. 15.

   3.   On January 25, 2021, the Court entered an order continuing the deadlines set by the Initial Scheduling Order ("Order Resetting Deadlines").  Dkt. 16.

STIPULATION AND ORDER FOR
EXTENSION OF TIME (2:20-CV-01875-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

4. Counsel for Defendants DoubleU Games Co., Ltd. ("DUG"), DoubleDown Interactive Co., Ltd. ("DDI, Ltd."), and DoubleDown Interactive, LLC ("DoubleDown") was recently retained in this action.

5. Plaintiff served DoubleDown on January 8, 2021. Dkt. 14. DoubleDown's deadline to answer or otherwise respond to Plaintiff's complaint is currently January 29, 2021.

6. DUG and DDI, Ltd. are located outside the United States. On January 25, 2021, DUG and DDI, Ltd., through counsel, agreed to accept service. DUG and DDI, Ltd. do not waive any objection to personal jurisdiction or to venue, or any other defenses. *See e.g.* Fed. R. Civ. P. 4(d)(5).

7. In consideration for DUG and DDI, Ltd.'s agreement for their counsel to accept service, the parties have conferred and agree and stipulate, subject to the Court's approval, to the following adjustments to the case schedule so as to allow counsel for Defendants further time to review this matter, and to ensure all Defendants are synchronized to the same schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Defendant DoubleDown Interactive, LLC to answer complaint or file Rule 12 motion | January 29, 2021 | April 29, 2021 |
| Deadline for Defendants DoubleU Games Co., Ltd. ("DUG"), DoubleDown Interactive Co., Ltd. ("DDI, Ltd.") to answer complaint or file Rule 12 motion | n/a | April 29, 2021 |
| Deadline for FRCP 26(f) Conference | February 12, 2021 | May 13, 2021 |
| Deadline to Exchange Initial Disclosures Pursuant to FRCP 26(a)(1) | February 19, 2021 | May 20, 2021 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | February 26, 2021 | May 27, 2021 |

IT IS SO STIPULATED.

STIPULATION AND ORDER FOR
EXTENSION OF TIME (2:20-CV-01875-RSM) - 2

| | | |
|---|---|---|
| 1 | DATED: January 27, 2021. | **FOLIO LAW GROUP, PLLC** |
| 2 | | |
| 3 | | By: */s/ Cristofer Leffler (per email authorization)* |
| 4 | | Michael Saunders, WSBA #51550 |
| 5 | | Cristofer Leffler, WSBA #35020<br>14512 Edgewater Lane NE |
| 6 | | Lake Forest Park, WA 98155<br>Telephone:  206.512.9051 |
| 7 | | E-mail:  mike.saunders@foliolaw.com<br>           cris.leffler@foliolaw.com |
| 8 | | **FISHER BROYLES LLP** |
| 9 | | |
| 10 | | By: */s/ Adam K. Yowell (per email authorization)* |
| 11 | | Adam K. Yowell<br>5470 Kietzke Lane, Suite 300 |
| 12 | | Reno, NV 89511<br>Telephone: 775.230.7364 |
| 13 | | Email: adam.yowell@fisherbroyles.com |
| 14 | | Alastair James Warr |
| 15 | | 203 North LaSalle Street<br>P.O. BOX 30707 |
| 16 | | Chicago, IL 60601<br>Telephone: 317.40.5260 |
| 17 | | Email: alastair.warr@fisherbroyles.com |
| 18 | | |
| 19 | | *Attorneys for Plaintiff NEXRF Corp.* |
| 20 | | |
| 21 | | **DAVIS WRIGHT TREMAINE LLP** |
| 22 | | By: */s/ Jaime Drozd Allen* |
| 23 | | Jaime Drozd Allen, WSBA #35742<br>Benjamin Byer, WSBA #38206 |
| 24 | | Cyrus Ansari, WSBA #52966<br>Jennifer K. Chung, WSBA #51583 |
| 25 | | 920 Fifth Avenue, Suite 3300<br>Seattle, Washington  98104-1610 |
| 26 | | Telephone: 206.622.3150<br>Facsimile: 206.757.7700 |
| 27 | | E-mail: JaimeAllen@dwt.com |

STIPULATION AND ORDER FOR
EXTENSION OF TIME (2:20-CV-01875-RSM) - 3

BenByer@dwt.com
Cyrus Ansari@dwt.com
JenniferChung@dwt.com

*Attorneys for Defendants DoubleU Games Co., Ltd., DoubleDown Interactive Co., Ltd., and DoubleDown Interactive, LLC*

STIPULATION AND ORDER FOR
EXTENSION OF TIME (2:20-CV-01875-RSM) - 4

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 28, 2021

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
EXTENSION OF TIME (2:20-CV-01875-RSM) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax